# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 10-02757 CRB**      **Travelers Property Casualty Company of America  v. Centex Homes**

**C 11-03638 SC**      **Travelers Property Casualty Company of America  v. Centex Homes**

**I find that the above case is not related to the case assigned to me.   CRB**

**C 12-00371 PJH**      **Travelers Property Casualty Company of American v. Centex Homes**

**I find that the above case is not  related to the case assigned to me.   CRB**

Dated: August 20, 2012

Judge Charles R. Breyer

-1-