United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Plaintiff,

    v.

CENTEX HOMES, et al.,

    Defendants.

_____/

No. C 12-0371 PJH

**ORDER RE CHAMBERS COPIES**

    PLEASE TAKE NOTICE that the chambers copy of defendants' request for judicial notice in support of motion to dismiss was submitted in a format that is not usable by the court.

    The chambers copy is not usable because it

- ☒ consists of a thick stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☐ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party

has requested leave to file those portions under seal; or

☒ is not usable for another reason – The request for judicial notice, which is approximately four inches thick, is fastened with a brad-type fastener that is long enough to fasten only approximately two inches of the document.  The addition of a rubber band around the entire document (half of which consists of loose pages) does not make the document usable by the court.

The paper used for the above-described chambers copy has been recycled by the court.  No later than November 1, 2012, defendants shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: October 30, 2012

PHYLLIS J. HAMILTON
United States District Judge