United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>CENTEX HOMES, et al.,<br><br>            Defendants.<br>_____ / | No. C 12-0371 PJH<br><br>**ORDER RE CHAMBERS COPIES** |

PLEASE TAKE NOTICE that the chambers copy of defendants' request for judicial notice in support of motion to dismiss was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☒ consists of a thick stack of loose paper wrapped with a rubber band;

☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☐ has no tabs for the voluminous exhibits;

☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party

1    has requested leave to file those portions under seal; or

2    ☒    is not usable for another reason – The request for judicial notice, which is
3 approximately four inches thick, is fastened with a brad-type fastener that is long enough to
4 fasten only approximately two inches of the document.  The addition of a rubber band
5 around the entire document (half of which consists of loose pages) does not make the
6 document usable by the court.

7    The paper used for the above-described chambers copy has been recycled by the
8 court.  No later than November 1, 2012, defendants shall submit a chambers copy in a
9 format that is usable by the court.

11 **IT IS SO ORDERED.**

12 Dated: October 30, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge