UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Case No. 3:12-cv-00371-JST<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICAL, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTEX HOMES, et al.,<br><br>　　　　Defendant.<br><br>Case No. 3:13-cv-00088-JST<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTEX HOMES, et al.,<br><br>　　　　Defendant. | **ORDER REFERRING CASE TO JUDGE SAMUEL CONTI TO CONSIDER WHETHER CASES ARE RELATED, STAYING PROCEEDINGS AND VACATING HEARINGS** |

　　Parties in these actions have been involved in four cases in this district: Case Nos. 10-cv-02757-CRB (dismissed 12/27/12), 11-cv-03638-SC, 12-cv-00371-JST, and 13-cv-00088-JST.

　　In August 2012, Plaintiffs moved to relate the first three of these cases. Case No. 10-cv-02757, Dkt. Nos. 395-97; see also id., Dkt. Nos. 399-400 & 402-03 (parties' arguments in favor and in opposition to relation). Judge Breyer found that the later-filed cases were not related to

1

the case before him, 10-cv-02757. Id., Dkt. No. 406. Pursuant to Civil Local Rule 3-12(f)(2), the case should then have been referred to Judge Conti within 14 days so that he could determine whether case 12-cv-00371 was related to case 11-cv-03638, but no referral occurred. Subsequently, this Court found that cases 12-cv-00371 and 13-cv-00088 were related to each other. Case No. 12-cv-00371, Dkt. No. 99.

Pursuant to Civil Local Rule 3-12(c), this Court hereby REFERS Cases 12-cv-00371 and 13-cv-00088 to Judge Conti so that he may determine whether they are related to Case 3:11-cv-03638.

The Court hereby STAYS proceedings in Cases 3:12-00371 and 3:13-00088 pending Judge Conti's decision. All hearing dates in those cases, including those set for April 4, 2013, are hereby VACATED. The movants shall re-notice those hearings if Judge Conti determines that the cases are not related.

**IT IS SO ORDERED**.

Dated: March 27, 2013

_____
JON S. TIGAR
United States District Judge