**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Jason Y. Chao (SBN 250735)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
jchao@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>CENTEX HOMES, a Nevada partnership; NEWMEYER & DILLION, LLP, a California limited liability partnership; and DOES 1 through 10 inclusive,<br><br>      Defendant.<br>AND RELATED COUNTER-CLAIM. | Case No.  3:12-cv-00371-SC<br>Hon. Samuel Conti<br><br>**STIPULATION RE DISMISSAL OF ANY AND ALL ALLEGATIONS BY ALL PARTIES RELATING TO THE UNDERLYING SPICER ACTION; [~~PROPOSED~~] ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") and Defendants CENTEX HOMES ("Centex") and NEWMEYER & DILLION ("Newmeyer") (collectively, "Defendants") through their designated counsel for an order dismissing, with prejudice, any and all claims against each other in the operative complaint and counter-claim filed in this action relating to the underlying

1

Case No.: 3:12-cv-00371-SC
STIPULATION RE DISMISSAL OF ANY AND ALL ALLEGATIONS BY ALL
PARTIES RELATING TO THE UNDERLYING SPICER ACTION; [PROPOSED] ORDER

action more commonly known as Spicer, et al. v. Centex Homes, Inc., et al., San Bernardino County Superior Court case No. CIVRS1106853 ("Spicer action") pursuant to Fed. R. Civ. Proc. 41(a)(1).

Dated: April 8, 2013    **THE AGUILERA LAW GROUP, APLC**


_____/s/ A. Eric Aguilera_____
A. Eric Aguilera
Kari M. Myron
Jason Y. Chao
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA


Dated: April 8, 2013    **PAYNE & FEARS LLP**


 /s/: J. Kelby Van Patten_____
J. Kelby Van Patten
Jeffrey M. Hayes
Attorneys for Defendants CENTEX HOMES and NEWMEYER & DILLION


## ORDER

Pursuant to stipulation of Plaintiff Travelers and Defendants Centex and Newmeyer and good cause existing therefore,

**IT IS HEREBY ORDERED** that any and all claims against each other in the operative complaint and counter-claim filed in this action relating to the Spicer Action are dismissed with prejudice.

Dated: April___9___, 2013

_____
Hon. S
Judg

*Judge Samuel Conti*

2

Case No.: 3:12-cv-00371-SC
STIPULATION RE DISMISSAL OF ANY AND ALL ALLEGATIONS BY ALL PARTIES RELATING TO THE UNDERLYING SPICER ACTION; [PROPOSED] ORDER