1  THE AGUILERA LAW GROUP, APLC
   A. Eric Aguilera (SBN 192390)
2  Raymond E. Brown (SBN 164819)
3  Jason Y. Chao (SBN 250735)
   650 Town Center Drive, Suite 700
4  Costa Mesa, CA 92626
   T: (714) 384-6600 / F: (714) 384-6601
5  eaguilera@aguileragroup.com
6  rbrown@aguileragroup.com
   jchao@aguileragroup.com
7
8  LETHER & ASSOCIATES, PLLC
   Thomas Lether, Esq., *Pro Hac Vice*
9  3316 Fuhrman Ave E, Suite 250
   Seattle, WA  98102-3800
10 T: 206-467-5444
   tlether@letherlaw.com
11
12 Attorneys for plaintiffs

13
                    UNITED STATE DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16

| 17 | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; et al. | Case Nos.  3:12-000371-SC |
|---|---|---|
| 18 | | [Consolidated for Trial with Case No. 3:13-cv-00088-SC] |
| 19 | Plaintiffs, | |
| 20 | | [~~PROPOSED~~] **ORDER RE STIPULATION TO STRIKE ALLEGATIONS RELATING TO THE UNDERLYING SPICER, BENNETT, MIRA LOMA, MIR ALI AND YUNKER UNDERLYING ACTIONS AND RGL'S FIDUCIARY DUTIES FROM THE FOURTH AMENDED COMPLAINT AND FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |
| 21 | v. | |
| 22 | CENTEX HOMES, a Nevada partnership; NEWMEYER & DILLION, LLP, a California limited liability partnership; and DOES 1 through 10 inclusive, | |
| 23 | | |
| 24 | | |
| 25 | Defendant. | |
| 26 | | Judge:    Hon. Samuel Conti |
| 27 | | Trial Date:    No Date Set |
| 28 | AND RELATED CONSOLIDATED CASE. | |

1

**ORDER**

Pursuant to stipulation of the parties and good cause existing therefore,

IT IS HEREBY ORDERED that the following claims and allegations from Travelers' 4AC in Case No. 12-00371 be stricken:

- The sentence "As a trustee, RGL has fiduciary obligations to TRAVELERS." from paragraph 13;
- Paragraphs 472 through 478; and
- The word "Spicer" from paragraph 512.

FURTHER, IT IS HEREBY ORDERED that the following claims and allegations from Travelers' FAC in Case No. 13-00888 be stricken:

- The sentence "As a trustee, RGL has fiduciary obligations to the TRAVELERS ENTITIES." from paragraph 13;
- Paragraphs 32 through 37;
- Paragraphs 290 through 296;
- Paragraphs 420 through 478;
- Paragraphs 479 through 483;
- Paragraphs 515 through 521;
- Paragraphs 553 through 569;
- The number "7" in paragraph 572 (line 19) and replace it with a "1";
- The phrase "…, and fraudulently concealing from the TRAVELERS ENTITIES that certain carriers were participating in the defense of CENTEX and thus billing out and receiving payment in excess of 100 percent of the actual fees and costs incurred in the defense of CENTEX" from paragraph 572 (lines 25-28) ;
- The phrase "…, and fraudulently concealing from TRAVELERS that certain carriers were participating in the defense of CENTEX and thus billing out and receiving payments in excess of 100 percent of the actual fees and costs incurred in the defense of CENTEX" from paragraph 575 (lines 17-20);
- The phrase "…, and fraudulently concealing from the TRAVELERS ENTITIES that

certain carriers were participating in the defense of CENTEX and thus billing out and receiving payment in excess of 100 percent of actual fees and costs incurred in the defense of CENTEX" in paragraph 580 (lines 13-16);

- The words "Bennett," "Mir Ali," "Mira Loma," "Spicer" and "Yunker" from Paragraph 586;
- The words "Bennett," "Mir Ali," and "Yunker" from Paragraph 588; and
- The words "Bennett," "Mir Ali," and "Yunker" from Paragraph 591.
- The phrase "…, and fraudulently concealing from the TRAVELERS ENTITIES that certain carriers were participating in the defense of CENTEX and thus billing out and receiving payment in excess of 100 percent of the actual fees and costs incurred in the defense of CENTEX" in paragraph 601 (lines 5-8).

Dated: August __12__, 2013



_____
Hon. S.
Judge of

3

Case Nos. 3:12-000371-SC; 3:13-0088-SC
[PROPOSED] ORDER RE STIPULATION