Scott S. Thomas, Bar No. 106720
sst@paynefears.com
J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
Attorneys at Law
PAYNE & FEARS LLP
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants CENTEX HOMES, a Nevada partnership;
NEWMEYER & DILLION, LLP, a California limited liability partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTEX HOMES, a Nevada partnership; NEWMEYER & DILLION, LLP, a California limited liability partnership; RGL, Inc., a California corporation, dba RGL FORENSICS; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED CONSOLIDATED CASE | Case No. 3:12-cv-00371-CRB<br><br>[Consolidated for Trial with Case No. 3:13-cv-00088-CRB]<br><br>Honorable Charles R. Breyer<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER AND DECLARATION OF JEFFREY M. HAYES**<br><br>Judge:　Hon. Charles R. Breyer<br>Date:　February 19, 2016<br>Time:　8:30 a.m.<br>Crtrm.:　6, 17th Floor<br><br>Trial Date:　Not Set |

**WHEREAS,** Plaintiffs Travelers Property Casualty Company of America and Travelers Indemnity Company of Connecticut (collectively "Travelers"), Centex Homes ("Centex"), Newmeyer & Dillion, LLP ("Newmeyer") and RGL Forensics ("RGL") appeared before the Court, through counsel, for a status conference on November 20, 2015.

1  **WHEREAS,** the Court continued the status conference in this action to February 19, 2016,
2  at 8:30 a.m. to allow Travelers and Centex to attend a mandatory settlement conference being
3  conducted by the Honorable John Kronstadt, United States District Judge for the Central District
4  of California, in other pending cases involving Travelers and Centex.

6  **WHEREAS,** the Court indicated that the parties should file any motions for leave to
7  reconsider on or before January 31, 2016, and the parties, at the direction of the Court, agreed to
8  exchange their initial disclosures on January 29, 2016.

10  **WHEREAS,** Travelers and Centex attended the mandatory settlement conference on
11  January 19, 2016.  During the mandatory settlement conference, Travelers and Centex discussed
12  all of the approximately 80 cases pending between them in California state and federal court.

14  **WHEREAS,** Travelers and Centex did not reach a settlement of all their pending disputes
15  during the mandatory settlement conference, but did agree to an informal exchange of information
16  that may help to facilitate a settlement of some, or all, of the disputes between them.

18  **WHEREAS,** Travelers and Centex agreed to attend a continued mandatory settlement
19  conference, which will be held on February 23, 2016 at 9:00 a.m. before Judge Kronstadt.

21  **WHEREAS,** Travelers, Centex, RGL and Newmeyer believe it would be beneficial for
22  Travelers and Centex to attend the upcoming continued mandatory settlement conference with
23  Judge Kronstadt on February 23, 2016, before moving forward with the continued case
24  management conference in this case, at which the parties anticipate the Court will issue a case
25  management order.

27  **WHEREAS,** Travelers, Centex, RGL and Newmeyer respectfully request that the Court
28  continue the upcoming continued status conference in this case for approximately 30 days to

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1  March 18, 2016, or another date that is convenient for the Court.

3  **WHEREAS,** Travelers, Centex, RGL and Newmeyer respectfully request that the Court
4  extend the pending deadlines to exchange initial disclosures and to file motions for leave to
5  reconsider.

7  **IT IS, THEREFORE, STIPULATED** by and between Travelers, Centex, Newmeyer and
8  RGL that the status conference currently set for February 19, 2016, at 8:30 a.m. be continued to
9  March 18, 2016, at 8:30 a.m., or another date and time that is convenient for the Court.

11  **IT IS FURTHER STIPULATED** by and between Travelers, Centex, Newmeyer and
12  RGL that the further Case Management Statement will be due on March 11, 2016, or another date
13  and time that is convenient for the Court.

15  **IT IS FURTHER STIPULATED** by and between Travelers, Centex, Newmeyer and
16  RGL that the deadline to exchange initial disclosures in this case will be March 11, 2016.

18  **IT IS FURTHER STIPULATED** by and between Travelers, Centex, Newmeyer and
19  RGL that the deadline to file motions for leave to reconsider in this case will be February 29, 2016
20  or any other date after February 29, 2016 that the Court selects.

22  **IT IS FURTHER STIPULATED** by and between Travelers, Centex, Newmeyer and
23  RGL that no party shall file a motion for leave to file a motion for reconsideration until February
24  29, 2016.  However, if the parties receive a signed order from the Court by noon on January 29,
25  2016, indicating that the deadline to file a motion for leave to file a motion for reconsideration has
26  been moved from January 31, 2016, to a date after February 29, 2016, the parties mutually agree
27  not to file any such motion for leave to file a motion for reconsideration until at least February 29,
28  2016.  If the parties receive no such order by noon on January 29, 2016, however, the parties will

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1  file any planned motion for leave to file a motion for reconsideration in the afternoon on January
2  29, 2016.  In that event, any opposition to the motion will be due on the date set forth in the local
3  rules, if any, or the orders of the Court.  The parties have no objection, however, to the Court
4  delaying any hearing set on any such motion until after February 29, 2016.

6  DATED: January 27, 2016           PAYNE & FEARS LLP

8                                    By:   /s/ *Jeffrey M. Hayes*
9                                            JEFFREY M. HAYES

10                                   Attorneys for CENTEX HOMES and
11                                   NEWMEYER & DILLION, LLP

12 DATED: January 27, 2016           THE AGUILERA LAW GROUP APLC

15                                   By:   /s/ *Raymond E. Brown*
                                            RAYMOND E. BROWN

16                                   Attorneys for TRAVELERS PROPERTY
17                                   CASUALTY COMPANY OF AMERICA

18 DATED: January 27, 2016           ERICKSEN ARBUTHNOT
19

21                                   By:   /s/ *Andrew P. Sclar*
                                            ANDREW P. SCLAR

22                                   Attorneys for RGL, INC.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that deadlines in this case be altered as follows**:**

The status conference currently set for February 19, 2016, at 8:30 a.m. will be continued to March 18, 2016, at 8:30 a.m.;

The Case Management Statement will be due on March 11, 2016;

The deadline to exchange initial disclosures in this case will be March 11, 2016; and

The deadline to file motions for leave to reconsider in this case will be February 29, 2016.

Dated:   February 1, 2016

Hon. Charles R. Breyer
Judge, United States District Court

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100