PAYNE & FEARS LLP
Scott S. Thomas, Bar No. 106720
sst@paynefears.com
J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants CENTEX HOMES, a Nevada partnership;
NEWMEYER & DILLION, LLP, a California limited liability partnership

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>CENTEX HOMES, a Nevada partnership; NEWMEYER & DILLION, LLP, a California limited liability partnership; RGL, Inc., a California corporation, dba RGL FORENSICS; and DOES 1 through 10 inclusive,<br><br>            Defendants.<br><br>AND RELATED CONSOLIDATED CASE | Case No. 3:12-cv-00371-CRB<br><br>[Consolidated for Trial with Case No. 3:13-cv-00088-CRB]<br><br>Honorable Charles R. Breyer<br><br>**STIPULATION TO STAY CASE AND ORDER** |

1  Travelers Indemnity Company of Connecticut ("Travelers") and Centex Homes
2  ("Centex"), Newmeyer & Dillion, through their designated counsel, respectfully request that this
3  Court stay this matter for all purposes, including the recent briefing the Court ordered following
4  the status conference held on March 18, 2016.  (Docket No. 96.)
5  Travelers and Centex have been involved in substantial global settlement negotiations for
6  the dozens of cases between them in California courts. This includes state and federal cases
7  throughout California, including this one.
8  On January 19, 2016, Travelers and Centex attended a mandatory settlement conference
9  before the Honorable John A. Kronstadt of the Central District of California.  Travelers and
10 Centex adjourned the conference to exchange certain information to assist in further settlement
11 discussions.  As part of the ongoing settlement discussions, Travelers and Centex entered into an
12 informal standstill of most of the outstanding cases to conserve resources and promote judicial
13 economy.  Although this case was not initially part of the standstill, the parties wish to extend the
14 standstill to include this case as well.
15 Initially the standstill was for 30 days to facilitate a February 23, 2016, settlement
16 conference.  However, Travelers and Centex continued the MSC to April 1, 2016, to permit for
17 additional information gathering.  Recently, however, the Court continued the MSC to May 10,
18 2016.  If discussions are promising, Travelers and Centex may wish to hold additional days of
19 settlement discussion if all issues are not resolved on May 10, 2016.
20 In light of the May 10, 2016, continued MSC, the parties now wish to stay this matter for
21 all purposes and to take the May 20, 2016, status conference off calendar.  The parties believe a
22 stay will focus the parties' settlement efforts and preserve judicial economy.
23 RGL, Inc. is not a party to the above referenced settlement discussions and is not
24 requesting a stay. RGL asserts that Travelers has failed to comply with its obligations under FRCP
25 26 (a) (1) (A) (iii) in that Travelers' disclosure did not contain the required "computation of each
26 category of damages claimed".
27 Nonetheless, RGL does not object to entry of a stay as desired by the other parties
28 provided that the stay shall not in any way prejudice RGL's rights to bring a motion to compel the

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1  required computation.

2      If the Court agrees to the stay, the parties propose that they submit a brief joint status

3  report no later than May 24, 2016, indicating whether the settlement discussions remain ongoing,

4  such that a continued stay is warranted, or whether the discussions have reached an impasse and,

5  in that case, propose a briefing schedule on the briefs the Court ordered during the March 18,

6  2016, status conference.  (Docket No. 96.)

7

8  DATED:  April 25, 2016      **PAYNE & FEARS LLP**

10      By:      /s/ *Jeffrey M. Hayes*
11      J. KELBY VAN PATTEN
     JEFFREY M. HAYES

13      Attorneys for CENTEX HOMES

14 DATED:  April 25, 2016      **THE AGUILERA LAW GROUP, APLC**

16

17      By:      /s/ *Rebecca Hunter*
     A. ERIC AGUILERA, ESQ.
     RAYMOND E. BROWN, ESQ.
18      REBECCA HUNTER, ESQ.

19      Attorneys for TRAVELERS PROPERTY
20      CASUALTY COMPANY OF AMERICA

21

22 DATED: April 25, 2016      **ERICKSEN ARBUTHNOT**

24      By:      /s/ *Andrew P. Sclar*
     ANDREW P. SCLAR

25      Attorneys for RGL, INC.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-    3:12-cv-00371-CRB
STIPULATION TO STAY CASE AND [PROPOSED] ORDER

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that this case is stayed for all purposes and all pending deadlines are taken off calendar.

**IT IS FURTHER ORDERED** that the parties submit an joint status update no later than May 24, 2016, following of the conclusion of the MSC that is being held before Honorable John A. Kronstadt of the Central District of California.

Dated:   April 28, 2016

_____
Hon. Charles R. Breyer
Judge, United States District Court

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

3:12-cv-00371-CRB
STIPULATION TO STAY CASE AND [PROPOSED] ORDER