PAYNE & FEARS LLP
Scott S. Thomas, Bar No. 106720
sst@paynefears.com
J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants CENTEX HOMES, a Nevada partnership;
NEWMEYER & DILLION, LLP, a California limited liability partnership

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTEX HOMES, a Nevada partnership; NEWMEYER & DILLION, LLP, a California limited liability partnership; RGL, Inc., a California corporation, dba RGL FORENSICS; and DOES 1 through 10 inclusive,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED CASE | Case No. 3:12-cv-00371-CRB<br><br>[Consolidated for Trial with Case No. 3:13-cv-00088-CRB]<br><br>Honorable Charles R. Breyer<br><br>**JOINT STATUS UPDATE AND ORDER** |

1  On April 25, 2016, Travelers Property Casualty Company of America ("Travelers"), Centex Homes ("Centex") and Newmeyer & Dillion ("Newmeyer") stipulated to stay this case. (Docket No. 184.) RGL, Inc. ("RGL") did not request the stay, but did not object to the stay requested by Travelers, Centex and Newmeyer (the "Parties"). The Parties entered the stipulation to stay in order to facilitate settlement negotiations for the dozens of cases pending between them in California state and federal courts.

The Court signed the stipulation, and entered the stay, on April 28, 2016. (Docket No. 185.) The Court's order requested that the Parties submit a joint status update no later than May 24, 2016, following the conclusion of an MSC that was to be held before the Honorable John A. Kronstadt of the Central District of California to discuss a global resolution of the cases pending between the Parties.

During the course of the May 10, 2016, MSC, the Parties reached a tentative settlement as to most of the cases pending between them; however, the Parties did not discuss this particular case. Instead, the Parties agreed to hold a mediation on May 31, 2016, before a neutral in Nevada in order to continue settlement discussions about the cases that remain pending between them. The Parties request the Court leave the stay in place and they further propose that the Court enter an order requiring the Parties to submit another joint status report no later than June 15, 2016, indicating whether a continued stay is warranted or whether the stay should be lifted.

DATED: May 24, 2016                     **PAYNE & FEARS LLP**

By:  _____/s/ Jeffrey M. Hayes_____
          J. KELBY VAN PATTEN
          JEFFREY M. HAYES

Attorneys for Centex Homes and Newmeyer & Dillion, LLP

DATED: May 24, 2016  **THE AGUILERA LAW GROUP, APLC**

By: _/s/ Rebecca Hunter_
A. ERIC AGUILERA, ESQ.
RAYMOND E. BROWN, ESQ.
REBECCA HUNTER, ESQ.

Attorneys for Plaintiff

DATED: May 24, 2016  **ERICKSEN ARBUTHNOT**

By: _/s/ Andrew P. Sclar_
ANDREW P. SCLAR

Attorneys for RGL, Inc.

# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that this case will remain stayed for all purposes.

**IT IS FURTHER ORDERED** that the Parties submit a joint status update no later than June 16, 2016, following the conclusion of the mediation that will be held on May 31, 2016, before a neutral in Nevada.

Dated:  Oc{'53.''4238

Hon. Charles R. Breyer
Judge, United States District Court

4829-7405-7522.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

3:12-cv-00371-CRB
JOINT STATUS UPDATE