**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Lindsee B. Falcone (SBN 268072)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
lfalcone@aguileragroup.com

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTEX HOMES, a Nevada partnership; NEWMEYER & DILLION, LLP, a California limited liability partnership; RGL INC., a California corporation, dba RGL FORENSICS; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:12-cv-00371-CRB<br>Hon. Charles R. Breyer<br><br>[Consolidated for Trial with Case No. 3:13-cv-00088-CRB]<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION TO DISMISS ACTION; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN Travelers Property Casualty Company of America ("Travelers"), Centex Homes, Newmeyer & Dillion, LLP, and RGL Inc., by and through their counsel of record, as follows:

Whereas, the parties have reached a settlement of this action and the settlement agreement has now been fully executed and funded.

The parties hereby stipulate that the entire action be dismissed with prejudice pursuant to FRCP 41(a)(1). The parties further stipulate that each side shall bear their own costs.

**SO STIPULATED.**

Dated: October 14, 2020              **THE AGUILERA LAW GROUP, APLC**

By: /s/ A. Eric Aguilera_____
A. Eric Aguilera
Raymond E. Brown
Lindsee B. Falcone
Attorneys for plaintiffs and counter- defendants Travelers Property Casualty Company of America, Fidelity & Guaranty Insurance Company, The Travelers Indemnity Company of Connecticut, and St. Paul Mercury Insurance Company

Dated: October 14, 2020              **PAYNE & FEARS, LLP**

By: /s/ Jared de Jong_____
Jared de Jong
Attorneys for defendant and counter-claimant, CENTEX HOMES, and defendant NEWMEYER & DILLION

DATED: October 14, 2020             **ERICKSEN ARBUTHNOT**

By:  /s/ Von Ryan Reyes_____
     Von Ryan Reyes
     Attorneys for RGL, INC.

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THIS ENTIRE ACTION IS DISMISSED WITH PREJUDICE. EACH SIDE SHALL BEAR THEIR OWN COSTS.**

Dated:  October 16, 2020                    _____
                                            Hon. Charles R. Breyer,
                                            Judge, United States District Court